**Form 1A**

**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

United States District Court for the  Eastern
District of  Michigan
Docket Number 22-cv-12101

Asmaa Jamil
                            , Plaintiff
v.
Mercedes-Benz Financial Services USA LLC
                            , Defendant

Notice of Appeal

Asmaa Jamil  (name all parties taking the appeal)* appeal to the United States Court of Appeals for the  6th  Circuit from the final judgment entered on  5/21/24  (state the date the judgment was entered).

(s)  Carla D. Aikens
    *Attorney for*  Asma Jamil
    *Address*:  615 Griswold St., Suite 709, Detroit, MI 48226

[***Note to inmate filers:***  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.