UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASMAA JAMIL,

    Plaintiff,

v.

MERCEDES-BENZ FINANCIAL
SERVICES USA LLC,

    Defendant.
                                 /

Case No. 2:22-cv-12101

HONORABLE STEPHEN J. MURPHY, III

**ORDER OVERRULING
PLAINTIFF'S OBJECTION TO COSTS TAXED [41]**

The Court granted summary judgment for Defendant Mercedes-Benz Financial Services and dismissed Plaintiff Asmaa Jamil's claims with prejudice. ECF 37. Defendant moved for costs, and the Clerk of Court taxed Costs to Plaintiff in the amount of $1,086.80. ECF 39; 40. Plaintiff then objected to the costs taxed and argued that Plaintiff should not have to pay costs. ECF 41. Specifically, Plaintiff represented that Defendant requested costs for a deposition transcript and that Plaintiff should not have to pay for the transcript because "Plaintiff already paid the court reporter for their time and ordered her own copy of the transcript for a deposition Defendant noticed." *Id.* at 813. Plaintiff cited two unpublished and non-binding cases in support of her motion. *Id.* at 813–14.

Fed. R. Civ. P. 54(d) gives district courts the power to tax costs in favor of a prevailing party. And 28 U.S.C. § 1920 provides that costs for transcripts "necessarily obtained for use in the case" may be taxed. Defendant obtained the transcript for use

1

in its summary judgment motion, which fits within the parameters of "necessarily obtained for use in the case." 28 U.S.C. § 1920. The Court will therefore overrule Plaintiff's objection to costs taxed.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's objection to costs taxed [41] are **OVERRULED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: June 3, 2024