UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASMAA JAMIL,

        Plaintiff,

Case No. 2:22-cv-12101

HONORABLE STEPHEN J. MURPHY, III

v.

MERCEDES-BENZ FINANCIAL
SERVICES USA LLC,

        Defendant.
                                     /

## ORDER TO REFUND

Plaintiff Jamil appealed the Court's judgment, ECF 38, granting summary judgment for defendant. ECF 45. The initial filing was stricken, and Plaintiff refiled her appeal. ECF 46. Plaintiff paid the filing fee twice. The Court will therefore order the Clerk of Court to refund Plaintiff in the amount of $605.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court must forthwith **REFUND** Plaintiff's filing fee (Receipt No. AMIEDC-9806083) in the amount of **$605**.

**SO ORDERED.**

                                                   s/ Stephen J. Murphy, III
                                                   STEPHEN J. MURPHY, III
                                                   United States District Judge

Dated: June 6, 2024